Certificate Number: 15317-PAE-DE-031613402

Bankruptcy Case Number: 18-02698



15317-PAE-DE-031613402

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2018, at 4:03 o'clock PM PDT, Katherine Carter completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 13, 2018  By: /s/Rose Benito

Name: Rose Benito

Title: Counselor